UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH MCGRATH, individually and on behalf of all others similarly situated, </br></br>   Plaintiffs </br></br> v. </br></br> MONRO MUFFLER BRAKE, INC. </br></br>   Defendant. | ) </br> ) </br> ) </br> ) Case 4:11-cv-40088-TSH </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**JOINT MOTION TO SUSPEND SCHEDULING DEADLINES
FOR 60 DAYS**

COME NOW Plaintiff Deborah McGrath ("Plaintiff") and Defendant Monro Muffler Brake, Inc. ("Monro") and jointly move for a 60-day suspension of all scheduling deadlines in this case. In support, the parties state as follows:

1. In accord with the prior Joint Motions to Amend Scheduling Order (Doc. 27, 30, 33, 36), the parties have continued to discuss potential settlement and have exchanged a number of offers and counter-offers.

2. Yesterday, the federal district court in the Eastern District of Missouri granted Monro's Motion for Summary Judgment in another shop supply fee class action brought by plaintiff's counsel. *See McCall v. Monro Muffler Brake, Inc.,* No. 4:10cv269JAR (E.D. Mo. Mar. 27, 20130 (attached as Exhibit A).

3. In order to allow the parties time to re-assess whether or how to proceed with settlement or litigation in this case in the wake of the new ruling, and to do so without incurring additional, potentially unnecessary expense, the parties jointly request a 60-day suspension of all scheduling deadlines in this case. On or before the day the suspension expires, the parties would advise the Court whether or how they intend to proceed. The parties agree that if they proceed

with this case rather than settling at the end of the proposed 60-day suspension, the plaintiff would be presented the opportunity to conclude her discovery with regard to the class action phase of this case.

4. Given the unusual circumstances of this situation, the parties would invite this Court to set a telephone conference to discuss these circumstances with the parties if the Court would consider such a conference to be beneficial.

WHEREFORE, the parties jointly move this Court to grant a 60-day suspension of all scheduling deadlines in this case.

Respectfully Submitted,

By: /s/ Erich V. Vieth *(with consent)*
    THE SIMON LAW FIRM
    John E. Campbell, *admitted pro hac vice*
    Erich V. Vieth, *admitted pro hac vice*
    800 Market St., Suite 1700
    St. Louis, MO  63101
    314-241-2929
    314-241-2029 (fax)
    jcampbell@simonlawpc.com
    evieth@simonlawpc.com

    THORNTON & NAUMES, LLP
    Garrett J. Bradley
    Andrea Marino Landry
    100 Summer Street
    Boston, MA 02110
    Telephone: (617) 720-1333
    Facsimile: (617) 720-2445
    gbradley@tenlaw.com
    alandry@tenlaw.com

*Attorneys for Plaintiff*
*Deborah McGrath*

By: /s/ Robert J. Wagner
    THOMPSON COBURN LLP
    Robert J. Wagner, *pro hac vice*
    Brian A. Lamping, *pro hac vice*
    One US Bank Plaza
    Suite 3500
    St. Louis, MO 63101
    314-552-6000
    314-552-7000 (fax)
    rwagner@thompsoncoburn.com
    blamping @thompsoncoburn.com

    ROPES & GRAY LLP
    Harvey J. Wolkoff
    Mark P. Szpak
    30th Floor  800 Boylston Street
    Boston, MA  02199-3600
    617-951-7000
    hwolkoff@ropesgray.com
    mszpak@ropesgray.com

*Attorneys for Defendant Monro*
*Muffler Brake, Inc.*

IT IS SO ORDERED, this ____ day of _____, 2013.

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the Court's electronic filing system, on this the 28th day of March, 2013, upon the following counsel of record:

John E. Campbell
Erich V. Vieth
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
jcampbell@simonlawpc.com
evieth@simonlawpc.com

Garrett J. Bradley
Andrea Marino Landry
Thornton & Naumes, LLP
100 Summer Street
30th Floor
Boston, MA 02110
Telephone: (617) 720-1333
Facsimile: (617) 720-2445
gbradley@tenlaw.com
alandry@tenlaw.com

                                              /s/ Robert J. Wagner